*Total Outdoor Corp., Petitioner, v. City of Seattle Dep't of Planning & Dev., Respondent*, No. 91863-5. Petition for review of a decision of the Court of Appeals, No. 70957-7-I, March 16, 2015, 187 Wn. App. 337. *Denied* November 4, 2015.

*Anderson, Respondent, v. Anderson et al., Petitioners*, No. 91865-1. Petition for review of a decision of the Court of Appeals, No. 70814-7-I, March 9, 2015, 186 Wn. App. 1017. *Denied* November 4, 2015.

*City of Burlington, Respondent, v. Singh et al., Petitioners*, No. 91867-8. Petition for review of a decision of the Court of Appeals, No. 72438-0-I, May 26, 2015, 187 Wn. App. 853. *Denied* November 4, 2015.

*Doctors Co., Petitioner, v. Bennett Bigelow & Leedom, PS, et al., Respondents*, No. 91871-6. Petition for review of a decision of the Court of Appeals, No. 72163-1-I, May 26, 2015, 187 Wn. App. 1034. *Denied* November 4, 2015.

*State, Respondent, v. Campbell, Petitioner*, No. 91873-2. Petition for review of a decision of the Court of Appeals, No. 45488-2-II, June 4, 2015, 188 Wn. App. 1003. *Denied* November 4, 2015.

*State, Respondent, v. Wolter, Petitioner*, No. 91874-1. Petition for review of a decision of the Court of Appeals, No. 45041-1-II, May 27, 2015, 187 Wn. App. 1036. *Denied* November 4, 2015.

*ABC Holdings Inc. et al., Petitioners, v. Kittitas County, Respondent*, No. 91878-3. Petition for review of a decision of the Court of Appeals, Nos. 30770-1-III, 31712-9-III, and 32301-3-III, April 23, 2015, 187 Wn. App. 275. *Denied* November 4, 2015.